

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00015-CV

| | | |
|---|---|---|
| TOTALGEN SERVICES, LLC, Appellant | § | On Appeal from the 67th District Court |
| | § | |
| V. | | of Tarrant County (067-310073-19) |
| | § | |
| | | January 21, 2021 |
| | § | |
| THOMASSEN AMCOT INTERNATIONAL, LLC, Appellee | | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the trial court's order is affirmed in part and remanded in part. We affirm that portion of the trial court's order that denies the TCPA motion. We strike that portion of the order that awards attorney's fees to Thomassen Amcot International, LLC, and remand the case to the trial court for further proceedings consistent with this opinion.

It is further ordered that all parties shall bear their own costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By   /s/ Bonnie Sudderth      
       Chief Justice Bonnie Sudderth